UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ZACHARY PILZ, an individual, BRENDA CONTINE, an individual, JUAN LOPEZ, an individual, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, the Governor of the State of Washington, <br><br> *et al.* <br><br> Defendants. | CASE NO. 3:21-cv-05735-BHS <br><br> DECLARATION OF JAYCEE EVINGER <br><br> JURY DEMANDED |

JAYCEE EVINGER declares under penalty of perjury.

1. I am an adult citizen of the State of Washington, competent to testify, and hereby make this declaration of my personal knowledge.

2. I am a customer service specialist II with Labor & Industries.

DECLARATION OF JAYCEE EVINGER - 1

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

3. I submitted a religious exemption, which was accepted, but I was provided no accommodation.

4. I have nine-weeks left in my pregnancy.

5. We are, normally, allowed twelve weeks of paid time-off for maternity leave, which can also be extended up to twelve more weeks.

6. I should be allowed to take FMLA leave.

7. The Labor & Industries "infants at work" program will be done with telework this year in light of COVID.

8. Under normal times I would be able to bring my child to work for six months; now, I should be able to do "infants at work" from home.

9. Pregnancy aside, I have been doing my job from home since May 2021, which my current Developmental Job Assignment explicitly calls for.

EXECUTED this 6th day of October 2021 at Toldeo, WA

*Jaycee Evinger*
_____
JAYCEE EVINGER

DECLARATION OF JAYCEE EVINGER - 2

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Western District of Washington by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have I served a copy of the foregoing upon all counsel of record via email as agreed.

| | |
|---|---|
| Kristin Beneski, First Assistant Attorney General | Kristin.Beneski@atg.wa.gov |
| Lauryn K. Fraas, Assistant Attorney General | Lauryn.Fraas@atg.wa.gov |
| Cristina Sepe, Assistant Attorney General | Cristina.Sepe@atg.wa.gov |
| Karl D. Smith, Deputy Solicitor General | Karl.Smith@atg.wa.gov |
| Amy Hand, Paralegal | Amy.Hand@atg.wa.gov |
| Jennah Williams, Paralegal | Jennah.Williams@atg.wa.gov |
| Jacob Giem, Legal Assistant | Jacob.Giem@atg.wa.gov |
| Electronic Mailing Inbox | ComCEC@atg.wa.gov |

DATED this 6th day of October 2021.

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356

CERTIFICATE OF SERVICE