## United States District Court – Western District of Washington
### TRANSCRIPT ORDER FORM

Court Reporter: Nickoline (Nickie) Drury  Judicial Officer: Barbara J. Rothstein

Case No. 3:21-cv-05735-BJR   Case Name: Pilz, et al. v. Inslee, et al.

| Date(s): | Proceedings to be transcribed: | Court Reporter (if different from selection above): |
|---|---|---|
| 10/15/2021 | Hearing on Motion for TRO | |
| | | |
| | | |
| | | |

For Appeal? [✓] No  [ ] Yes   Court of Appeals Case No. _____

If you are submitting this form to designate transcripts for appeal only, and do not wish to request the preparation of any transcripts, please skip to, and complete, the Additional Comments and Contact Information sections, sign, date, and submit this form via CM/ECF.

| **Please choose one:** | Maximum Transcript Fees – Per Page | | | **Requested Delivery Date*** |
|---|---|---|---|---|
| | Original | 1st Copy | 2nd Copy | |
| [ ] Ordinary Transcript (30 day) | $3.65 | $ .90 | $ .60 | Monday, October 18 by 8:00 am |
| [ ] 14-Day Transcript (14 day) | $4.25 | $ .90 | $ .60 | *Before filing this form, you MUST first contact the individual court reporter to secure your requested delivery date. Requests for delivery of less than 30 days will be honored when possible.* |
| [ ] Expedited Transcript (7 day) | $4.85 | $ .90 | $ .60 | |
| [✓] 3-Day Transcript (3 day) | $5.45 | $1.05 | $ .75 | |
| [ ] Daily Transcript (next morning) | $6.05 | $1.20 | $ .90 | |
| [ ] Hourly Transcript (same day) | $7.25 | $1.20 | $ .90 | |

[✓] PDF (default delivery format)

Email address for delivery of PDF transcript: _____

Additional Comments:

| Contact Information | |
|---|---|
| Name: | Jennah Williams |
| Phone: | 360-790-3901   Email: jennah.williams@atg.wa.gov |
| Firm: | Washington Office of the Attorney General |
| Street Address: | 7141 Cleanwater Drive SW |
| City/State/Zip: | Tumwater, WA 98501 |

s/Jennifer D. Williams   10/15/2021
**Signature**   **Date**

[PRINT]   [SAVE AS]   [RESET]