The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
## WESTERN DISTRIC OF WASHINGTON
### AT SEATTLE

ZACHARY PILZ, an individual; BRENDA
CONTINE, an individual; JUAN LOPEZ, an
individual; et al.,

                Plaintiffs,

      v.

JAY INSLEE, Governor of the State of
Washington, et al.,

                Defendants.

NO. 3:21-cv-05735-BJR

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES

## GENERAL DENIAL

Defendants Jay Inslee, Governor of the State of Washington; John Batiste, Chief of the Washington State Patrol; Cheryl Strange, Secretary of the Washington State Department of Corrections; Roger Millar, Secretary of the Washington State Department of Corrections; Derek Sandison, Secretary of the Washington State Department of Agriculture; Ross Hunter, Secretary of the Washington State Department of Children, Youth, and Families; Dr. Umair Shah, Secretary of the Washington State Department of Health; and Joel Sacks, Secretary of the Washington State Department of Labor and Industries (Defendants) answer Plaintiffs' Complaint for Injunctive and Declaratory Relief and for Damages (Complaint). Except as expressly admitted or qualified, Defendants deny each and every allegation, statement, or charge contained in the

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   Complaint, and deny that Plaintiffs are entitled to any of the relief requested.

2          The coronavirus disease 2019 (COVID-19) pandemic is an unprecedented state, national,

3   and international emergency that requires a commensurate governmental response to protect public

4   health and save lives. The emergency orders issued by the Governor, like similar orders issued by

5   numerous national, state, regional, and local governments around the world, address the pandemic

6   by taking steps to mitigate the spread and lower the hospitalizations and fatalities caused by

7   COVID-19. Specifically, Proclamation 21-14, as amended (collectively, the "Proclamation" or

8   "Proclamation 21-14"), is a lawful exercise of the Governor's emergency powers that infringes

9   none of Plaintiffs' constitutional or statutory rights. Defendants respond to the numbered allegations

10  in the Complaint as follows:

11                                    **INTRODUCTION**

12         1.      Paragraph 1 asserts legal conclusions to which no response is required. To the extent

13  a response is required, Paragraph 1 is denied.

14         2.      Defendants deny Paragraph 2.

15         3.      Paragraph 3 asserts primarily allegations about Plaintiffs purported motivations,

16  to which no response is required. To the extent a response is required, Paragraph 3 is denied.

17                                **VENUE AND JURISDICTION**

18         4.      Defendants deny the Court has jurisdiction over Plaintiffs' claims based on

19  allegations that Defendants violated state law. Defendants admit the Court has jurisdiction over

20  Plaintiffs' federal-law claims, however, under the principles outlined in *Burford v. Sun Oil Co.*,

21  319 U.S. 315 (1943), *Colorado River Water Conservation District v. United States*, 424 U.S.

22  800 (1976), and their progeny, this Court should decline to exercise jurisdiction over those

23  federal-law claims.

24         5.      Defendants deny that venue is proper in this Court.

25

26

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

2

**PARTIES**

6.–105.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraphs 6 through 105, and therefore denies them.

106.    Defendants admit Paragraph 106.

107.    Defendants admit Paragraph 107.

108.    Defendants admit Paragraph 108.

109.    Defendants admit Paragraph 109.

110.    Defendants admit Paragraph 110.

111.    Defendants admit Paragraph 111.

112.    Defendants admit Paragraph 112.

113.    Defendants admit Paragraph 113.

**FACTS**

114.    Defendants admit that Plaintiff Michael Faulk sought a medical exemption under the Proclamation from Washington State Patrol. To the extent Paragraph 114 incorporates factual allegations regarding other, unnamed plaintiffs, Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore deny them.

115.    Defendants admit that Plaintiff Zachary Pilz sought a religious exemption under the Proclamation from the Department of Children, Youth, and Families. To the extent Paragraph 115 incorporates factual allegations regarding other, unnamed plaintiffs, Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore deny them. The remaining allegations of Paragraph 115 contain legal conclusions to which no response is required. To the extent a response is required, Defendants deny the remaining allegations in Paragraph 115.

116.    Paragraph 116 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

117.    Defendants admit that Paragraph 117 accurately quotes the email included as part of Paragraph 117. The document speaks for itself. To the extent a further response is required, the allegations are denied.

118.    Defendants deny Paragraph 118.

119.    Defendants deny Paragraph 119.

120.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore deny them.

121.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and therefore deny them.

122.    Defendants deny Paragraph 122.

123.    Defendants deny Paragraph 123.

124.    Defendants deny Paragraph 124.

125.    Defendants deny Paragraph 125.

126.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore deny them.

127.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore deny them.

128.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 128, and therefore deny them.

129.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 129, and therefore deny them.

130.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and therefore deny them.

131.    Defendants deny Paragraph 131.

132.    Defendants deny Paragraph 132.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

133.     Paragraph 133 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

134.     Paragraph 134 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

135.     Paragraph 135 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

136.     Paragraph 136 purports to quote a document without attaching the document. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore deny them.

137.     Paragraph 137 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

138.     Paragraph 138 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

139.     Paragraph 139 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

140.     Paragraph 140 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

141.     Paragraph 141 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

142.     Paragraph 142 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

143.     Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 143, and therefore deny them.

144.     Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 144, and therefore deny them.

ANSWER TO COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND FOR DAMAGES NO. 3:21-cv-05735-BJR

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

145.     Paragraph 145 purports to quote a document without attaching the document. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and therefore deny them.

146.     Paragraph 146 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

147.     Paragraph 147 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

148.     Paragraph 148 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied. Paragraph 148 also purports to quote a document without attaching the document. Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 148 relating to the document, and therefore deny them.

149.     Paragraph 149 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

150.     Paragraph 150 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

151.     Defendants deny Paragraph 151.

152.     Plaintiffs admit that some employees who are separated from their employment for failure to comply with the Governor's Proclamation might not be eligible for unemployment benefits. Defendants deny the remaining allegations of Paragraph 152.

153.     Defendants deny Paragraph 153.

154.     Paragraph 154 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

155.     Paragraph 155 contains legal conclusions and argument to which no response is required. To the extent a further response is required, the allegations are denied.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1      156.   Paragraph 156 contains legal conclusions and argument to which no response is

2 required. To the extent a further response is required, the allegations are denied.

3      157.   Paragraph 157 contains legal conclusions and argument to which no response is

4 required. To the extent a further response is required, the allegations are denied.

5      158.   Paragraph 158 contains legal conclusions and argument to which no response is

6 required. To the extent a further response is required, the allegations are denied.

7      159.   Paragraph 159 contains legal conclusions and argument to which no response is

8 required. To the extent a further response is required, the allegations are denied.

9      160.   Paragraph 160 contains legal conclusions and argument to which no response is

10 required. To the extent a further response is required, the allegations are denied.

11      161.   Paragraph 161 contains legal conclusions and argument to which no response is

12 required. To the extent a further response is required, the allegations are denied.

13      162.   Paragraph 162 contains legal conclusions and argument to which no response is

14 required. To the extent a further response is required, the allegations are denied.

15      163.   Paragraph 163 contains legal conclusions and argument to which no response is

16 required. To the extent a further response is required, the allegations are denied.

17      164.   Paragraph 164 contains legal conclusions and argument to which no response is

18 required. To the extent a further response is required, the allegations are denied.

19      165.   Paragraph 165 contains legal conclusions and argument to which no response is

20 required. To the extent a further response is required, the allegations are denied.

21      166.   Paragraph 166 contains legal conclusions and argument to which no response is

22 required. To the extent a further response is required, the allegations are denied.

23      167.   Paragraph 167 contains legal conclusions and argument to which no response is

24 required. To the extent a further response is required, the allegations are denied.

25      168.   Paragraph 168 contains legal conclusions and argument to which no response is

26 required. To the extent a further response is required, the allegations are denied.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    169.    Paragraph 169 contains legal conclusions and argument to which no response is

2    required. To the extent a further response is required, the allegations are denied.

3    170.    Paragraph 170 contains legal conclusions, arguments, and a list of materials

4    purportedly incorporated in Plaintiffs' Complaint, to which no response is required. To the extent

5    a further response is required, the allegations are denied.

6                                  **FIRST CAUSE OF ACTION**

7                           **Due Process – Governor Lacks Authority**

8    171.    Defendants incorporate by reference their answers to the preceding paragraphs.

9    172.    Paragraph 172 contains legal conclusions, arguments, and a list of materials

10   purportedly incorporated in Plaintiffs' Complaint, to which no response is required. To the extent

11   a further response is required, the allegations are denied.

12   173.    Paragraph 173 contains legal conclusions, arguments, and a list of materials

13   purportedly incorporated in Plaintiffs' Complaint, to which no response is required. To the extent

14   a further response is required, the allegations are denied.

15   174.    Defendants deny Paragraph 174.

16   175.    Defendants deny Paragraph 175.

17                                 **SECOND CAUSE OF ACTION**

18                                **Free Exercise of Religion**

19   176.    Defendants incorporate by reference their answers to the preceding paragraphs.

20   177.    Defendants deny Paragraph 177.

21   178.    Defendants deny Paragraph 178.

22   179.    Defendants deny Paragraph 179.

23                                  **THIRD CAUSE OF ACTION**

24                             **Americans with Disabilities Act**

25   180.    Defendants incorporate by reference their answers to the preceding paragraphs.

26

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

181.    Paragraph 181 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

182.    Paragraph 182 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

183.    Paragraph 183 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

184.    Paragraph 184 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

185.    Paragraph 185 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

186.    Paragraph 186 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

187.    Defendants deny Paragraph 187.

188.    Defendants deny Paragraph 188.

## FOURTH CAUSE OF ACTION

### Title VII of the Civil Rights Act

189.    Defendants incorporate by reference their answers to the preceding paragraphs.

190.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and therefore deny them.

191.    Defendants deny Paragraph 191.

192.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore deny them.

193.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore deny them.

194.    Defendants are without information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and therefore deny them.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    195.    Defendants deny Paragraph 195.

2    196.    Defendants deny Paragraph 196.

3    197.    Defendants deny Paragraph 197.

4    198.    Defendants deny Paragraph 198.

5                    **FIFTH CAUSE OF ACTION**

6           **Contracts Clause and Breach of Contract**

7    199.    Defendants incorporate by reference their answers to the preceding paragraphs.

8    200.    Defendants are without information sufficient to form a belief as to the truth of

9    the allegations in Paragraph 200, and therefore deny them.

10   201.    Paragraph 201 contains legal conclusions and arguments to which no response is

11   required. To the extent a further response is required, the allegations are denied.

12   202.    Defendants deny Paragraph 202.

13   203.    Defendants deny Paragraph 203.

14   204.    Defendants deny Paragraph 204.

15   205.    Defendants deny Paragraph 205.

16                   **SIXTH CAUSE OF ACTION**

17              **Due Process – *Loudermill***

18   206.    Defendants incorporate by reference their answers to the preceding paragraphs.

19   207.    Paragraph 207 contains legal conclusions and arguments to which no response is

20   required. To the extent a further response is required, the allegations are denied.

21   208.    Defendants deny Paragraph 208.

22   209.    Paragraph 209 contains legal conclusions and arguments to which no response is

23   required. To the extent a further response is required, the allegations are denied.

24   210.    Paragraph 210 contains legal conclusions and arguments to which no response is

25   required. To the extent a further response is required, the allegations are denied.

26   211.    Defendants deny Paragraph 211.

**SEVENTH CAUSE OF ACTION**

**Equal Protection – 14th Amendment of the United States Constitution**

212.    Defendants incorporate by reference their answers to the preceding paragraphs.

213.    Paragraph 213 contains legal conclusions and arguments to which no response is required. To the extent a further response is required, the allegations are denied.

214.    Defendants deny Paragraph 214.

215.    Defendants deny Paragraph 215.

216.    Defendants deny Paragraph 216.

**EIGHTH CAUSE OF ACTION**

**Violations of Individual Rights of Privacy and Informed Consent**

217.    Defendants incorporate by reference their answers to the preceding paragraphs.

218.    Defendants deny Paragraph 218.

219.    Defendants deny Paragraph 219.

220.    Defendants deny Paragraph 220.

221.    Defendants deny Paragraph 221.

222.    Defendants deny Paragraph 222.

**RELIEF REQUESTED**

Paragraphs A through E of the Relief Requested Section of the Complaint constitute Plaintiffs' requests for relief, to which no response is required. To the extent a response is required, Defendants deny Plaintiffs are entitled to the relief requested or to any relief whatsoever.

**DEFENDANTS' AFFIRMATIVE DEFENSES**

Defendants' affirmative defenses to the Complaint are set forth below. By setting forth the following defenses, Defendants do not assume burden of proof on the matter and issue other than those on which they have the burden of proof as a matter of law. Defendants reserve the right to supplement these defenses.

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1.     Defendants are entitled to qualified immunity.

2.     Plaintiffs have failed to exhaust administrative remedies.

3.     Plaintiffs lack standing.

4.     Plaintiffs' claims are moot.

5.     Plaintiffs' claims are unripe.

6.     This case is non-justiciable because the Governor's actions pursuant to his emergency powers are not subject to judicial review.

7.     Plaintiffs have failed to state a claim upon which relief may be granted.

8.     Plaintiffs' claims alleging violations of state law are barred by the Eleventh Amendment and principles of sovereign immunity.

9.     Plaintiffs have failed to join necessary parties.

10.     Plaintiffs have sued the wrong parties.

11.     Plaintiffs lack privity with the Defendants.

12.     Plaintiffs' claims are barred by res judicata.

13.     Plaintiffs' claims are barred by collateral estoppel.

14.     Plaintiffs' claims are subject to abstention under the principles outlined in *Burford v. Sun Oil Co.*, 319 U.S. 315 (1943), *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and their progeny.

15.     Plaintiffs' claims are barred in whole or in part by the doctrines of laches, waiver, unclean hands, accord and satisfaction, and/or ratification.

## DEFENDANTS' REQUEST FOR RELIEF

Wherefore, Defendants pray that the Court:

1.     Dismiss Plaintiffs' Complaint with prejudice;

2.     Deny all relief that Plaintiffs request;

3.     Grant Defendants their costs and reasonable attorneys' fees; and

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

12

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1      4.      Grant Defendants such other and further relief as the Court may deem just and

2  proper.

3         DATED this 27th day of October 2021.

4                                    ROBERT W. FERGUSON
                                     Attorney General
5
                                     /s/ Andrew R.W. Hughes
6                                    ANDREW R.W. HUGHES, WSBA #49515
                                     Assistant Attorney General
7                                    800 Fifth Avenue, Suite 2000
                                     Seattle, WA  98104-3188
8                                    (206) 464-7744
                                     Andrew.Hughes@atg.wa.gov
9
                                     ZACHARY PEKELIS JONES, WSBA #44557
10                                   KAI A. SMITH, WSBA #54749
                                     Special Assistant Attorneys General
11                                   PACIFICA LAW GROUP LLP
                                     1191 2nd Ave. Suite 2000
12                                   Seattle, WA 98101
                                     (206) 245-1700
13                                   Zack.Pekelis.Jones@atg.wa.gov
                                     Kai.Smith@atg.wa.gov
14                                   *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

1

## **DECLARATION OF SERVICE**

2

I hereby declare that on this day I caused the foregoing document to be electronically

3

filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4

this document upon all counsel of record.

5

DATED this 27th day of October 2021, at Seattle, Washington.

6

*/s/ Andrew R.W. Hughes*

7

ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ANSWER TO COMPLAINT FOR
INJUNCTIVE AND DECLARATORY
RELIEF AND FOR DAMAGES
NO. 3:21-cv-05735-BJR

14

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744