The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ZACHARY PILZ, et al., | NO. 3:21-cv-05735-BJR |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER GRANTING BRIEFING SCHEDULE |
| v. | |
| JAY INSLEE, et al., | |
| Defendants. | |

## I.    STIPULATION

The Parties, by and through their attorneys of record, hereby stipulate and jointly request that the Court enter the attached proposed briefing schedule, as requested by the Court.

DATED this 12th day of November 2021.

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov

ARNOLD & JACOBOWITZ PLLC

*/s/ Nathan J. Arnold*
NATHAN J. ARNOLD, WSBA #45356
2701 First Avenue, Suite 200
Seattle, WA 98121
(206) 799-4221
Nathan@CAJLawyers.com
*Attorney for Plaintiffs*

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1  PACIFICA LAW GROUP

2  ZACHARY PEKELIS JONES, WSBA #44557
   KAI A. SMITH, WSBA #54749
3  Special Assistant Attorneys General
   1191 2nd Ave., Suite 2000
4  Seattle, WA 98101
   (206) 245-1700
5  Zach.Pekelis.Jones@PacificaLawGroup.com
   Kai.Smith@PacificaLawGroup.com
6  *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## II.    ORDER

This Court, having considered the Parties' Joint Status Report (Dkt. # 56) and reviewed the proposed briefing schedule therein, hereby ORDERS that the following briefing schedule is GRANTED.

**A.    Plaintiffs' Motion for Preliminary Injunction (if any)**

- If Plaintiffs intend to move for a preliminary injunction, they must do so by November 17, 2021, and may file a supplemental brief of up to 7 pages.

- Defendants may then file a supplemental brief limited to 7 pages by November 23, 2021.

- Plaintiffs will not receive a reply.

- If Plaintiffs do not move for a preliminary injunction by November 17, 2021, Plaintiffs' request for a preliminary injunction will be denied as moot to the extent this was requested in Plaintiffs' previous Motion for Declaratory and Injunctive Relief.

**B.    Dispositive Motion(s)**

- Deadline for Defendants' motion for judgment on the pleadings: November 18, 2021.

- Deadline for Plaintiffs' opposition to Defendants' motion for judgment on the pleadings (and cross-motions for summary judgment, if any): December 2, 2021.

- Deadline for Defendants' reply in support of their motion for judgment on the pleadings (and opposition to Plaintiffs' cross-motions for summary judgment, if any): December 16, 2021.

- Deadline for Plaintiffs' reply in support of their cross-motions for summary judgment, if any: December 23, 2021.

- Oral argument: _____.

IT IS SO ORDERED.

JOINT STIPULATION AND [PROPOSED]
ORDER GRANTING BRIEFING
SCHEDULE – NO. 3:21-cv-05735-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1      DATED this _____ day of _____ 2021.

2

3                                 HONORABLE BARBARA J. ROTHSTEIN
                                    United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOIN STIPULATION AND [PROPOSED]
ORDER GRANTING BRIEFING
SCHEDULE – NO. 3:21-cv-05735-BJR

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1

## **DECLARATION OF SERVICE**

2        I hereby declare that on this day I caused the foregoing document to be electronically

3  filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of

4  this document upon all counsel of record.

5        DATED this 12th day of November 2021, at Seattle, Washington.

6                                              */s/ Andrew R.W. Hughes*

                                              ANDREW R.W. HUGHES, WSBA #49515
7                                              Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26