The Honorable Barbara J. Rothstein

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ZACHARY PILZ, et al., | NO. 3:21-cv-05735-BJR |
| Plaintiffs, | JOINT STIPULATION AND ORDER GRANTING BRIEFING SCHEDULE |
| v. | |
| JAY INSLEE, et al., | |
| Defendants. | |

## I.     STIPULATION

The Parties, by and through their attorneys of record, hereby stipulate and jointly request that the Court enter the attached proposed briefing schedule, as requested by the Court.

DATED this 12th day of November 2021.

| | |
|---|---|
| ROBERT W. FERGUSON | ARNOLD & JACOBOWITZ PLLC |
| Attorney General | |
| | |
| */s/ Andrew R.W. Hughes* | */s/ Nathan J. Arnold* |
| ANDREW R.W. HUGHES, WSBA #49515 | NATHAN J. ARNOLD, WSBA #45356 |
| Assistant Attorney General | 2701 First Avenue, Suite 200 |
| 800 Fifth Avenue, Suite 2000 | Seattle, WA 98121 |
| Seattle, WA  98104-3188 | (206) 799-4221 |
| (206) 464-7744 | Nathan@CAJLawyers.com |
| Andrew.Hughes@atg.wa.gov | *Attorney for Plaintiffs* |

JOINT STIPULATION AND ORDER
GRANTING BRIEFING SCHEDULE – NO.
3:21-cv-05735-BJR

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1    PACIFICA LAW GROUP

2    ZACHARY PEKELIS JONES, WSBA #44557
     KAI A. SMITH, WSBA #54749
3    Special Assistant Attorneys General
     1191 2nd Ave., Suite 2000
4    Seattle, WA 98101
     (206) 245-1700
5    Zach.Pekelis.Jones@PacificaLawGroup.com
     Kai.Smith@PacificaLawGroup.com
6    *Attorneys for Defendants*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND ORDER                    2              ATTORNEY GENERAL OF WASHINGTON
GRANTING BRIEFING SCHEDULE – NO.                                  Complex Litigation Division
3:21-cv-05735-BJR                                                  800 5th Avenue, Suite 2000
                                                                   Seattle, WA  98104-3188
                                                                      (206) 464-7744

## II.    ORDER

This Court, having considered the Parties' Joint Status Report (Dkt. # 56) and reviewed the proposed briefing schedule therein, hereby ORDERS that the following briefing schedule is GRANTED.

**A.     Plaintiffs' Motion for Preliminary Injunction (if any)**

- If Plaintiffs intend to move for a preliminary injunction, they must do so by November 17, 2021, and may file a supplemental brief of up to 7 pages.

- Defendants may then file a supplemental brief limited to 7 pages by November 23, 2021.

- Plaintiffs will not receive a reply.

- If Plaintiffs do not move for a preliminary injunction by November 17, 2021, Plaintiffs' request for a preliminary injunction will be denied as moot to the extent this was requested in Plaintiffs' previous Motion for Declaratory and Injunctive Relief.

**B.     Dispositive Motion(s)**

- Deadline for Defendants' motion for judgment on the pleadings: November 18, 2021.

- Deadline for Plaintiffs' opposition to Defendants' motion for judgment on the pleadings (and cross-motions for summary judgment, if any): December 2, 2021.

- Deadline for Defendants' reply in support of their motion for judgment on the pleadings (and opposition to Plaintiffs' cross-motions for summary judgment, if any): December 16, 2021.

- Deadline for Plaintiffs' reply in support of their cross-motions for summary judgment, if any: December 23, 2021.

JOINT STIPULATION AND ORDER
GRANTING BRIEFING SCHEDULE – NO.
3:21-cv-05735-BJR

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

1   IT IS SO ORDERED.

2   DATED this 16th day of November, 2021.

3

4                                    BARBARA J. ROTHSTEIN
                                     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STIPULATION AND ORDER              4          ATTORNEY GENERAL OF WASHINGTON
GRANTING BRIEFING SCHEDULE – NO.                         Complex Litigation Division
3:21-cv-05735-BJR                                         800 5th Avenue, Suite 2000
                                                          Seattle, WA  98104-3188
                                                              (206) 464-7744