THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ZACHARY PILZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAY INSLEE, et al., <br><br> Defendants. | No. 3:21-cv-05735-BJR <br><br> JOINT STIPULATION FOR SUBMISSION OF SUPPLEMENTAL AUTHORITY <br><br> AND <br><br> ORDER |

## STIPULATION

The Parties, by and through their attorneys of record, hereby stipulate to file with the Court Notices of Supplemental Authority by May 6, 2022, in connection with Defendants' pending Motion to Dismiss, Dkt. #61. The Parties stipulate that each Notice would be limited to relevant cases decided since December 2, 2021. The Parties further agree and propose that each cited case may be accompanied by a summary or analysis not exceeding 150 words.

//

//

//

STIPULATION AND ORDER - 1
NO. 3:21-cv-05735-BJR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 22nd day of April, 2022.

ARNOLD & JACOBOWITZ PLLC

*s/Nathan J. Arnold*
NATHAN J. ARNOLD, WSBA #45356
2701 First Avenue, Suite 200
Seattle, WA 98121
(206) 799-4221
Nathan@CAJLawyers.com

*Attorney for Plaintiffs*

PACIFICA LAW GROUP LLP

*s/Zachary J. Pekelis*
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
Special Assistant Attorneys General
1191 2nd Ave. Suite 2000
Seattle, WA 98101
(206) 245-1700
Zach.Pekelis@pacificalawgroup.com
Kai.Smith@pacificalawgroup.com

ROBERT W. FERGUSON
Attorney General

ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Andrew.Hughes@atg.wa.gov

*Attorneys for Defendants*

STIPULATION AND ORDER - 2
NO. 3:21-cv-05735-BJR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## ORDER

This Court, having considered the above Stipulation, hereby ORDERS that, by May 6, 2022, each party may file a Notice of Supplemental Authority citing relevant cases decided since December 2, 2021. Each citation may be accompanied by a summary or analysis not to exceed 150 words.

IT IS SO ORDERED.

DATED this 26th day of April, 2022.

_____
HONORABLE BARBARA J. ROTHSTEIN
United States District Judge

STIPULATION AND ORDER - 3
NO. 3:21-cv-05735-BJR

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744